HELEN LAWKINS, Respondent, *v.* CITY OF NEW YORK, Appellant.

Argued November 12, 1947; decided January 8, 1948.

*Charles E. Murphy,* Corporation Counsel (*Reuben Levy, Harry E. O'Donnell* and *Benjamin Offner* of counsel), for appellant.

*Ferdinand I. Haber* for respondent.

*William S. Pettit* and *Carl E. Peterson* for Title Guarantee & Trust Company and Morty Brous, *amici curiæ,* in support of respondent's position.

*Eugene R. Hurley* for County of Nassau, *amicus curiæ,* in support of respondent's position.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.